ROBERT E. WHITE (CSB No. 78567)
SUSAN C. RUSHAKOFF (CSB No. 115250)
LAW OFFICES OF ROBERT E. WHITE
177 Post Street, Suite 890
San Francisco, California  94108
Telephone:  (415) 788-6151
Facsimile:  (415) 788-6154
e-mail: rew@rwhitesf.com

Attorneys for Defendant George Papadakis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| THE STONE, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>GEORGE PAPADAKIS, an individual and DOES 1-20,<br><br>    Defendants. | Case No. 2:06-CV-00385-LKK-KJM<br><br>**STIPULATION & ORDER DISMISSING ACTION WITH PREJUDICE (Fed. R. Civ. P. 41)**<br>(Court retains jurisdiction to enforce parties' settlement) |

Pursuant to the parties' written Settlement Agreement,

IT IS HEREBY STIPULATED by the between the parties, through their respective counsel, that this Civil Action be dismissed with prejudice, each party bearing his, her or its respective attorney's fees and costs of suit, PROVIDED, HOWEVER, that this Court retains

/ / / / /

/ / / / /

/ / / / /

/ / / / /

STIPULATION & ORDER DISMISSING CIVIL ACTION WITH PREJUDICE
-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  jurisdiction to enforce the parties' settlement agreement.

2          SO STIPULATED.

3          Dated:  February 2, 2007.

4                                                                    LAW OFFICES OF ROBERT E. WHITE

5

6                                                                    By:  _____/s/ Robert E. White_____
                                                                              ROBERT E. WHITE

7                                                                    Attorneys for Defendant George Papadakis

8          SO STIPULATED.

9          Dated:  January 30, 2007.

10                                                                   McCORMICK BARSTOW LLP

11

12                                                                   By:  _____/s/ Mandy L. Jeffcoach_____
                                                                              MANDY L. JEFFCOACH

13                                                                   Attorneys for Plaintiff, The Stone, LLC

14

15          <u>ORDER APPROVING STIPULATION & DISMISSING ACTION</u>
                  (Jurisdiction Retained To Enforce Parties' Settlement)

16          The foregoing stipulation is approved and IT IS SO ORDERED.  This action is

17  hereby dismissed with prejudice, each party bearing his or its respective attorney's fees and costs,

18  the Court retaining jurisdiction, however, to enforce the parties' settlement agreement.

19          Dated:  February <u>5</u>, 2007.

20

21

22                                                                   _____
                                                                     LAWRENCE K. KARLTON
23                                                                   SENIOR JUDGE
                                                                     UNITED STATES DISTRICT COURT
24

25

26

STIPULATION & ORDER DISMISSING CIVIL ACTION WITH PREJUDICE
-2-

PDF created with pdfFactory trial version www.pdffactory.com